**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| INSTALLED BUILDING PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CODY PHILLIPPE, et al.,<br><br>Defendants. | CASE NO. 1:25-CV-258-HAB-ALT |

# OPINION AND ORDER

Plaintiff Installed Building Products, Inc. and Defendants Cody Phillippe, Brandon Holmes, and Bradley Overhead Door, Inc., have filed a joint stipulation of dismissal of Plaintiff's complaint, with prejudice. (ECF No. 60). The stipulation was properly filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared in the case. The parties have also filed a joint motion (ECF No. 61) to dissolve the agreed order on Plaintiff's motion for temporary restraining order and preliminary injunction that the Court had entered in this case on June 18, 2025 (ECF No. 22).

Because the parties have settled this case, filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), and jointly moved for the dissolution of the order at ECF No. 22, the Court:

(1) GRANTS the Joint Motion to Dissolve Agreed Order (ECF No. 61);

(2) DISSOLVES the Agreed Order entered on June 18, 2025 (ECF No. 22); and

(3) DISMISSES this case with prejudice.

**SO ORDERED** this 2nd day of November 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT